```
                                              FILED
                                           SEP - 2 2005

                                        RICHARD W. WIEKING
                                      CLERK, U.S. DISTRICT COURT
                                    NORTHERN DISTRICT OF CALIFORNIA
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff(s),<br>　v.<br>MICHAEL SOLOVEY, et al.,<br>　　　Defendant(s). | No. 3-05-70721 JCS<br><br>**STAY ORDER** |

The court having been advised that the United States has sought review in the Western District of New York of the order setting release conditions entered on Wednesday, August 31, 2005, **IT IS HEREBY ORDERED** that the order setting release conditions is **STAYED** until the Western District of New York rules on the "Motion For Revocation Of Release Order" or **September 9, 2005**, whichever comes first.

DATED: September 2, 2005

　　　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\CRIMINAL\ORDERS\ORDER.05\SOLOVEY.ORDER.wpd

1

E-filing