1 | TED W. CASSMAN (SBN 98932)
ARGUEDAS, CASSMAN & HEADLEY, LLP
2 | 5900 Hollis Street, Suite N
Emeryville, California 94608
3 | Telephone: 510/654-2000

4 | Attorneys for Defendant
MICHAEL SOLOVEY

5

6

7

8

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | SAN FRANCISCO DIVISION

12

13 | THE UNITED STATES OF AMERICA,               No. CR 04-0310 CRB
                                              No. CR 05-05-765 JSW.
14
      Plaintiff,
15                                            STIPULATION AND [PROPOSED]
   v.                                         ORDER MODIFYING CONDITIONS
16                                            OF RELEASE
   MICHAEL SOLOVEY,
17
          Defendant.
18 | _____/

19 | It is hereby stipulated by and between the parties that the conditions of release

20 | for defendant MICHAEL SOLOVEY should be modified as follows:

21 | 1. In addition to other purposes previously approved, the Defendant shall be

22 | permitted to leave his residence, after prior approval from pretrial services, to attend

23 | religious services and other personal matters.

24 | 3. Defendant shall remain subject to G.P.S. monitoring at all times.

25 | 4. All other conditions of release shall remain unchanged.

26 | //

1

Dated: March 8, 2006

TED W. CASSMAN, attorney for
Defendant MICHAEL SOLOVEY

Dated: March 9, 2006

STACEY GEIS, Assistant U.S. Attorney

**ORDER**

Upon the stipulation of the parties and for good cause shown, It is so ORDERED.

Dated: March 10 2006

BERNARD ZIMMERMAN,
United States Magistrate-Judge

2