TED W. CASSMAN (SBN 98932)
ARGUEDAS, CASSMAN & HEADLEY, LLP
5900 Hollis Street, Suite N
Emeryville, California 94608
Telephone: 510/654-2000

Attorneys for Defendant
MICHAEL SOLOVEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL SOLOVEY,<br><br>Defendant. | NO. CR 04-0310 CRB<br>NO. CR 05-0765 CRB<br><br>STIPULATION AND ORDER [PROPOSED] CONTINUING SENTENCING HEARING |

It is hereby stipulated by and between the government and defendants MICHAEL SOLOVEY and SERGEI IVANOV, by and through their attorneys of record, that the sentencing date in the above-entitled matters should be continued from August 2, 2006 to September 13, 2006 at 2:15 p.m. to give counsel and probation sufficient time to review relevant documents.

Dated: July 25, 2006

_____
TED W. CASSMAN, for defendant
MICHAEL SOLOVEY

1

1  Dated: July 25, 2006

*[signature]*
WILLIAM OSTERHOUDT, for defendant
SERGEI IVANOV

5  Dated: July 25, 2006

*[signature]*
STACEY GEIS, Assistant U.S. Attorney

**ORDER**

It is so ordered.

Dated: July 26, 2006

*[signature]*
CHARLES R. BREYER, United States
District Court Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED — Judge Charles R. Breyer]*