1  TED W. CASSMAN (SBN 98932)
   ARGUEDAS, CASSMAN & HEADLEY, LLP
2  803 Hearst Avenue
   Berkeley, California 94710
3  Telephone: 510.845.3000
   Fax: 510.845.3003
4
   Attorneys for Defendant
5  MICHAEL SOLOVEY

6

7

8
                       UNITED STATES DISTRICT COURT
9
                      NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN FRANCISCO DIVISION
11

12
   THE UNITED STATES OF AMERICA,        NO. CR 04-0310 CRB
13                                      NO. CR 05-0765 CRB
                    Plaintiff,
14
   v.                                   STIPULATION AND ORDER
15                                      [PROPOSED] CONTINUING
   MICHAEL SOLOVEY, et al.,             SENTENCING HEARING
16

17                  Defendants.
                                    /
18

19       It is hereby stipulated by and between the government and defendant

20 MICHAEL SOLOVEY by and through his attorney of record, that the sentencing date in

21 the above-entitled matter should be continued from August 2, 2006 to December 13,

22 2006 at 2:15 p.m. to conform to the request of Co-Defendant IVANOV and to give

23 counsel time to obtain additional documents relevant to sentencing.

24 Dated: 9.5.06                              /S/
                                        TED W. CASSMAN
25                                      Attorney for Defendant
                                        MICHAEL SOLOVEY
26

                                        1

1 | Dated: 9.5.06

2 |                                       /S/ [1]
                                STACEY GEIS

3 |                                 Assistant U.S. Attorney

5 | **ORDER**

6 | It is so ordered.

7 | Dated: September 7, 2006

9 | _____
THE HONORABLE CHARLES R. BREYER
10 | United States District Court Judge

---

[1] I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

2