TED W. CASSMAN (SBN 98932)
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
Berkeley, California 94710
Telephone: 510.845.3000
Fax: 510.845.3003

Attorneys for Defendant
MICHAEL SOLOVEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL SOLOVEY, et al.,<br><br>Defendants.<br>_____/ | NO. CR 04-0310 CRB<br>NO. CR 05-0765 CRB<br><br>STIPULATION AND ORDER [PROPOSED] MODIFYING CONDITIONS OF RELEASE |

It is hereby stipulated by and between the government and defendant MICHAEL SOLOVEY by and through his attorney of record, that Mr. Solovey's conditions of release should be modified to permit his travel to the Eastern District of California for business purposes after receiving prior approval from Pretrial Services for each trip.

Dated: November 2, 2006

_____
TED W. CASSMAN
Attorney for Defendant
MICHAEL SOLOVEY

Case 3:05-cr-00765-CRB   Document 28   Filed 11/07/06   Page 2 of 4

1 | Dated: November __, 2006

2

3 | STACEY GEIS
Assistant U.S. Attorney

4

5 | **ORDER**

6 | It is so ordered.

7 | Dated: November 6, 2006

8

9 | BERNARD ZIMMERMAN, United States
10 | District Court Magistrate-Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

