TED W. CASSMAN (SBN 98932)
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
Berkeley, California 94710
(510) 845-3000

Attorneys for Defendant
MICHAEL SOLOVEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | NO. CR 04-0310 CRB |
| Plaintiff, | NO. CR 05-0765 CRB |
| v. | [PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE |
| MICHAEL SOLOVEY, | |
| Defendant. | |

For good cause shown, the conditions of defendant Michael Solovey's release are hereby modified as follows: (1) Defendant shall no longer be subject to GPS monitoring and (2) with prior approval of P.T.S., Defendant shall be permitted to travel outside the Northern District of California.

Dated: December 14, 2006

December 14, 2006

HONORABLE CHARLES R. BREYER
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer