TED W. CASSMAN (SBN 98932)
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
Berkeley, California 94710
Telephone: 510.845.3000
Fax: 510.845.3003

Attorneys for Defendant
MICHAEL SOLOVEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | NO. CR 05-0765 CRB |
| | NO. CR 04-0310 CRB |
| Plaintiff, | |
| v. | STIPULATION AND ORDER CONTINUING |
| | SELF-SURRENDER DATE |
| MICHAEL SOLOVEY, et al., | |
| Defendants. | |

It is hereby stipulated by and between the government and defendants MICHAEL SOLOVEY and SERGE IVANOV, by and through their attorneys of record, that the date of their self-surrender should be continued from March 2, 2007 to April 6, 2007. Said extension in necessary because the Bureau of Prisons has not yet designated either defendant and is unlikely to do so by March 2nd.

Dated: February 20, 2007

TED W. CASSMAN
Attorney for Defendant
MICHAEL SOLOVEY

1

Dated: February __, 2007

_____/S/_____
GEORGE COTSIRILOS,
Attorney for Defendant Serge Ivanov

Dated: February __, 2007

_____
STACEY GEIS
Assistant U.S. Attorney

**ORDER**

For good reason shown and based upon the parties' stipulation, it is hereby ORDERED that the date of their self-surrender should be continued from March 2, 2007 to April 6, 2007.

Dated: February 26, 2007

_____
CHARLES R. BREYER, Judge
United States District Court